**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**____________ DIVISION**

RECEIVED
FEB 10 2025
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

1:25CV077

BARRETT

M.J. BOWMAN

[illegible]
(Enter Above the Name of the Plaintiff in this Action)

vs.

[illegible]
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:
[illegible]
Fairfield Police Department

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

QUEEN CHARLOTTE L. FRANKLIN
Name - Full Name Please - PRINT

1574 PLEASANT RUN DR. #3
Street Address

CINCINNATI OHIO 45240
City, State and Zip Code

513-466-4906
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Adath Israel
   Name - Full Name Please
   3201 E. Galbraith Rd - Cinti, Oh. 45236
   Address: Street, City, State and Zip Code

2. Springfield Township Police Depart.
   1130 Compton Rd - Cinti, Ohio 45231

3. St. Lawrence Church, 3680 Warsaw Ave. 45205
   3680 Warsaw Ave. 45205

4. St. Teresa Temple - 1175 Overlook
   1175 Overlook Ave - Cinti, Ohio 45238

5. Fairfield Police Depart.
   5230 Pleasant Ave. - Fairfield, Oh. 45014

6. Inter-Ocean Ins.
   6006 Estate [illegible] Columbus, Ohio 43215

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

- [X] Title 28 U.S.C. § 1343(3)
  [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]
- [X] Title 28 U.S.C. § 1331
  [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]
- [X] Title 28 U.S.C. § 1332(a)(1)
  [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]
- [X] Title _____ United States Code, Section _______
  [Other federal status giving the court subject matter jurisdiction.]

## III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

[illegible] [illegible] is the reason I lost my two daughters, the person [illegible] took me to Court to divorce my first husband, for my husband was a [illegible] [illegible] [illegible] [illegible] to a long [illegible] [illegible] [illegible] I had better, not do anything to him.

St. Lawrence Church, called the Police on me twice.

St. Teresa called the cops and the [illegible] man told the officer if I came back he wanted me taken to the Justice center. [illegible] [illegible] refused to let me in to pray.

My grandfather left me a $500.00 [illegible] [illegible] Insurance Policy which the Judges in the Court refused to grant me.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| ________ | ________ | vs. | ________ |
| ________ | ________ | vs. | ________ |
| ________ | ________ | vs. | ________ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I didn't get a chance to be a mother with my daughter, I miss that. [illegible] I don't feel that I count. Ask the [illegible] to help me [illegible] Jesus Christ!

Respectfully yours!

Queen Charlotte

I was left a $500.00 life policy which I didn't get. I want for it $5 millions

I state under penalty of perjury that the foregoing is true and correct. Executed on

this 7 day of [illegible], 2025.

Queen Charlotte J. Franklin

Signature of Plaintiff